IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TIMOTHY SCALONA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**TRANS UNION, LLC., et al.** )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>1:25-cv-11870<br><br>JOINT NOTICE<br>OF SETTLEMENT |

**COMES NOW**, Plaintiff Timothy Scalona, Defendant Experian Information Solutions, Inc., and Defendant Equifax Information Services LLC ("Defendants"), by and through their undersigned counsel, respectfully notify the Court that the parties have settled their dispute in principle. Plaintiff's settlement with Defendants resolves Plaintiff's claims against Defendants. Once the settlement documents are finalized, the Parties intend to file a Stipulation of Dismissal.

Dated: December 31, 2025

Respectfully submitted,

*s/ Joseph L. Gentilcore*
JOSEPH L. GENTILCORE, ESQ.
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market St., Suite 2510
Philadelphia, PA 19103

jgentilcore@consumerlawfirm.com
Telephone: (215) 735-8600

*/s/ Connor G, Scholes*
CONNOR G. SCHOLES, ESQ.
JONES DAY
100 High St.
Ste Flr. 21
Boston, MA 02110
617-449-6834
cscholes@jonesday.com
*Attorney for Defendant Experian Information Solutions, Inc.*

*/s/ Mario D. Nimock*
Mario D. Nimock, Bar No. 687627
mnimock@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5218
Facsimile:  (312) 460-7613